IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KENNETH GEARHART,

      Petitioner,

v.

RANDALL BRYANT, WARDEN,
HOLMES CORRECTIONAL
INSTITUTION; FLORIDA
COMMISSION ON OFFENDER
REVIEW,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0935

Opinion filed October 12, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Kenneth Gearhart, pro se, Petitioner.

Sarah J. Rumph, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.